1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   MICHAEL A. CABOTAJE
4  Special Assistant U. S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, California 94105
   Telephone:  (415) 977-8943
6  Facsimile:  (415) 744-0134
   E-Mail: Michael.Cabotaje@ssa.gov

7  Attorneys for Defendant
   Commissioner of Social Security
8

9                   **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11

12 MICHAEL HOWARD,              )   CASE NO. 1:06-CV-613-TAG
                                )
13             Plaintiff,       )   STIPULATION AND PROPOSED ORDER
                                )   SETTLING ATTORNEY'S FEES
14        v.                    )   PURSUANT TO THE EQUAL ACCESS TO
                                )   JUSTICE ACT (EAJA; ORDER
15 MICHAEL J. ASTRUE,           )   THEREON)
   Commissioner of             )
16 Social Security,             )
                                )
17             Defendant.       )
   _____)
18

19      IT IS HEREBY STIPULATED by and between the parties through

20 their undersigned counsel, subject to the approval of the Court,

21 that Plaintiff's counsel, as Plaintiff's assignee, be awarded

22 attorney fees under the Equal Access to Justice Act (EAJA) in the

23 amount of one thousand two hundred sixty-one dollars and sixty

24 cents ($1261.60).  This amount represents compensation for all

25 legal services rendered on behalf of Plaintiff by counsel in

26 connection with this civil action, in accordance with 28 U.S.C.

27 § 2412(d).

28      This stipulation constitutes a compromise settlement of

                                  1

Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of one thousand two hundred sixty-one dollars and sixty cents ($1261.60) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: October 23, 2007   /s/ Robert D. Christenson
                           (As authorized via *facsimile)
                           ROBERT D. CHRISTENSON
                           Attorney for Plaintiff

Dated: October 22, 2007   McGREGOR W. SCOTT
                           United States Attorney
                           LUCILLE GONZALES MEIS
                           Regional Chief Counsel, Region IX
                           Social Security Administration

                           /s/ Michael A. Cabotaje
                           MICHAEL A. CABOTAJE
                           Special Assistant U.S. Attorney
                           Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **October 24, 2007**                **/s/ Theresa A. Goldner**
                                              UNITED STATES MAGISTRATE JUDGE